# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0451
Lower Tribunal Nos. F23-8152, F08-2614

_____

**Antonio Giovani Rodriguez,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Antonio Giovani Rodriguez, in proper person.

James Uthmeier, Attorney General, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Wainwright v. State, 411 So. 3d 392, 401 (Fla. 2025);

Arias v. State, 413 So. 3d 999, 999 (Fla. 3d DCA 2025).